IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-31142

Summary Calendar

_____

LARRY KENNETH MAXWELL,

Plaintiff-Appellant,

versus

NABORS DRILLING USA, INC; ET AL,

Defendants,

EXXON CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(98-CV-1339)

_____

March 24, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Having reviewed the record and the parties' briefs, we are persuaded that the district court judgment should be AFFIRMED for essentially the reasons presented below.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.